AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
Yosmar DOMINGUEZ-MEDEROS

**CRIMINAL COMPLAINT**

Case Number:  M-25-2502-M

IAE    YOB: 2002
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __October 2, 2025__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Yosmar DOMINGUEZ-MEDEROS was encountered by Border Patrol Agents near Los Ebanos, Texas, on October 2, 2025. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 2, 2025, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 31, 2025, through San Ysidro, California. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA R. E. Lopez
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 2, 2025    @ 7:28 p.m.

/s/ Landon Mueller
Signature of Complainant
Landon Mueller, Border Patrol Agent

Juan F. Alanis          , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer